# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VAFA SHAMSAI-NEJAD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00308-RCJ-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | Application to Proceed in Forma Pauperis (#1) |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed on February 27, 2012. Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court. The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement showing the person is unable to pay such costs. 28 U.S.C. § 1915(a)(1).

Plaintiff did not completely answer the Application to Proceed Without Prepayment of Fees and Affidavit. Plaintiff indicates that she received income from rent payment, interest or dividends and/or gifts, inheritance and welfare. Plaintiff however fails to indicate the amount of income she receives from each of these sources. Further, Plaintiff indicates that she is making car payments and has monthly utility expenses, but fails to provide the amount of each obligation. When asked to state any debts or financial obligations, Plaintiff responded by writing "(Tons)." Plaintiff failed to provide any specific information concerning her financial status. As Plaintiff's Financial Affidavit is incomplete, this Court cannot ascertain whether or not she is able to pay the filing fee and costs. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* is **denied** without prejudice. Plaintiff shall have until **April 2, 2012,** to either pay the appropriate filing fee of $350.00, or submit a completed application and affidavit in support of her request to proceed *in forma pauperis* on the form provided by the Clerk of the Court. Plaintiff's failure to comply with this order will result in the recommendation that this action be dismissed, without prejudice.

DATED this 5th day of March, 2012.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**