# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VAFA SHAMSAI-NEJAD,<br><br>          Plaintiff,<br><br>    v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.<br>          Defendants. | Case No. 2:12-cv-00308-MMD-GWF<br><br>ORDER |

    Before the Court is the Report and Recommendation of United States Magistrate George Foley, Jr. (dkt. no. 8) ("Recommendation") recommending dismissal of Plaintiff's claims against Defendants Horseshoe Casino, Railroad Casino, Eastside Cannery Casino, Reva Frey and Clark County School District for lack of subject matter jurisdiction. No objection to the Recommendation has been filed.

    This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See*

1  *United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard
2  of review employed by the district court when reviewing a report and recommendation to
3  which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,
4  1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting
5  the view that district courts are not required to review "any issue that is not the subject of
6  an objection."). Thus, if there is no objection to a magistrate judge's recommendation,
7  then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*,
8  263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's
9  recommendation to which no objection was filed).

10  Nevertheless, this Court finds it appropriate to engage in a *de novo* review to
11  determine whether to adopt Magistrate Judge Foley's Recommendation. Having
12  reviewed the Recommendation, this Court finds good cause to adopt the Magistrate
13  Judge's Recommendation in full.

14  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Report and
15  Recommendation of Magistrate Judge George Foley, Jr. (dkt. no. 8) be ACCEPTED
16  AND ADOPTED.  Plaintiff's claims against Defendants Horseshoe Casino, Railroad
17  Casino, Eastside Cannery Casino, Reva Frey and Clark County School District are
18  DISMISSED for lack of subject matter jurisdiction.

19  DATED THIS 5th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE